IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARLON T. YOUNG,

    Petitioner,

v.                                                Case No. 18-cv-913-wmc

GARY BOUGHTON,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Marlon T. Young's petition for a writ of habeas corpus.

| /s/ | 10/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |